UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KAROLIN DAYANA
BOHORQUEZ TORRES,

*Petitioner*,

v. Case No. 3:26-cv-2659-JEP-PDB

FIELD OFFICE DIRECT. GARRETT RIPA,
et al.,

*Respondents*.
_______________________________________/

**ORDER**

On October 28, 2026, the Court granted the petition and directed Respondents, within seven days of the Court's Order, to either afford Petitioner an individualized bond hearing consistent with 8 U.S.C. § 1226(a) or release Petitioner. (Doc. 9). On October 29, 2026, the Federal Respondents filed a motion for clarification advising the Court that Petitioner received a bond hearing on October 23, 2026—about one week before the Court's Order—and the immigration judge denied bond, finding Petitioner was a "[f]light risk due to speculative nature of relief, limited community ties, and relatively short time in the US. (Docs. 11; 11-1 at 2).

At the time the Court entered the October 28, 2026 Order, the Court was unaware that Petitioner had received a bond hearing because the parties

inexplicably failed to update the Court on facts germane to the issues before it. Nevertheless, it appears the petition was moot prior to the Court's October 28, 2026 Order. Accordingly, it is **ORDERED**:

1. Federal Respondents' motion for clarification (Doc. 11) is **TAKEN UNDER ADVISEMENT**.
2. By **November 5, 2026**, Petitioner shall show cause why the Court's October 28, 2026 Order (Doc. 9) and Judgment (Doc. 10) should not be vacated and the petition dismissed as moot.

**DONE AND ORDERED** in Jacksonville, Florida, on November 1, 2026.

JORDAN E. PRATT
UNITED STATES DISTRICT JUDGE

c:
Counsel of Record